IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Jane Doe, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:18-cv-03191-SEM-TSH |
| v. | ) |
| | ) |
| Richard Macleod, et al., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO COMPEL THE ILLINOIS DEPARTMENT OF CORRECTIONS TO PRODUCE MATERIAL RESPONSIVE TO THE JANUARY 11, 2019 SUBPOENA**

On January 11, 2019, Plaintiff, Jane Doe, served a subpoena on the Illinois Department of Corrections ("IDOC") seeking records related to, among other things, Plaintiff's and other staff-on-inmate sexual assaults at Logan Correctional Center ("Logan"). IDOC produced certain information related to *Plaintiff's* sexual assault, but objected to producing materials related to sexual assaults of *other* Logan inmates—which are responsive to Request No. 13—on relevance and burden grounds. These objections are without merit. For the reasons set forth more fully in the accompanying *Memorandum In Support Of Plaintiff's Motion To Compel The Illinois Department Of Corrections To Produce Material Responsive To The January 11, 2019 Subpoena*, Plaintiff respectfully moves this Court for an order compelling IDOC to produce documents and communications responsive to Request No. 13 regarding staff-on-inmate sexual assaults at Logan Correctional Center.

Dated: March 26, 2019

Respectfully submitted,

/s/ Nicholas F. Wasdin
Scott W. Fowkes, P.C.
Nicholas F. Wasdin
Christina E. Sharkey

Shannon L. Gonyou  
KIRKLAND & ELLIS LLP  
300 North LaSalle  
Chicago, IL 60654  
Telephone: (312) 862-2000  
Facsimile: (312) 862-2200  

Alan Mills  
Elizabeth Mazur  
Nicole Schult  
UPTOWN PEOPLE'S LAW CENTER  
4413 North Sheridan Road  
Chicago, IL 60640  
Telephone: (773) 769-1411  
Facsimile: (773) 769-2224  

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

This is to certify that on March 26, 2019, a true and correct copy of the foregoing was electronically filed and served upon counsel of record via the Court's CM/ECF system.

A copy of the same was served by electronic mail and by depositing same in the United States mail, postage prepaid, addressed to the following:

> Clayton J. Ankney
> Assistant Attorney General
> 500 South Second Street
> Springfield, IL 62701
> *Counsel for Third Party IDOC*

Copies of publicly available documents were served by electronic mail and by depositing same in the United States mail, postage prepaid, addressed to the following:

> Richard Macleod
> 301 West Main Street
> Thayer, IL 62689

Respectfully submitted,

 /s/ *Nicholas F. Wasdin*
Nicholas F. Wasdin
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
