E-FILED
Tuesday, 26 March, 2019  07:38:02 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT B

# Filed Under Seal