# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Jane Doe, | )<br>) |
|     Plaintiff, | )<br>) Case No. 3:18-cv-03191-SEM-TSH |
| v. | )<br>) |
| Richard Macleod, et al., | )<br>) |
|     Defendants. | )<br>) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Compel the Illinois Department of Corrections to Produce Material Responsive to the January 11, 2019 Subpoena, and any Opposition thereto, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED.** Accordingly, the Illinois Department of Corrections shall produce documents and communications responsive to Request No. 13 regarding staff-on-inmate sexual assaults at Logan Correctional Center.

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2019.

_____
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE