IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Jane Doe, | ) |
|     Plaintiff, | ) ) ) Case No. 3:18-cv-03191-SEM-TSH |
| v. | ) ) |
| Richard Macleod, et al., | ) ) |
|     Defendants. | ) |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Leave to File Amended Complaint, and any Opposition thereto, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED.** Accordingly, Plaintiff is granted leave to file an Amended Complaint.

**IT IS SO ORDERED.**

Dated this __ day of _____, 2019.

_____
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE