## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Jane Doe, | ) |
|    Plaintiff, | ) ) ) Case No. 3:18-cv-03191-SEM-TSH |
| v. | ) ) |
| Richard Macleod, et al., | ) ) |
|    Defendants. | ) |

## PLAINTIFF'S MOTION TO COMPEL INSPECTION OF
## LOGAN CORRECTIONAL CENTER

On December 6, 2019, Plaintiff Jane Doe served a Rule 45 subpoena on the Illinois Department of Corrections ("IDOC") seeking, among other things, inspection of the areas at Logan Correctional Center that were subject to Illinois State Police investigations of custodial sexual misconduct. On January 6, 2020, Plaintiff received IDOC's objections to the proposed inspection, which purport that all areas besides those where Plaintiff's sexual abuse occurred are irrelevant to Plaintiff's claims, and any inspection of them would cause IDOC undue burden. These objections parrot IDOC's and Defendants' prior objections to producing documents and information relevant to instances of custodial sexual misconduct at Logan other than Plaintiff's (*see* Docket Nos. 31, 38, 71, and 91)—objections which this Court has overruled time and time again (*see* Docket Nos. 36, 62, 88, and 97). For this reason, and for the reasons set forth in the accompanying Memorandum in Support of Plaintiff's Motion to Compel Inspection of Logan Correctional Center, Plaintiff respectfully moves this Court for an order compelling IDOC to permit inspection of the Logan facilities relevant to other staff-on-inmate sexual assaults at Logan: Housing Unit 9, Housing Unit 11, the staff restroom, the Maintenance Building, the Laundry Room, the Electrician Shop, and the restroom outside of the Electrician Shop.

| | |
|---|---|
| Dated: March 6, 2020 | /s/ *Christina E. Sharkey* |
| | Nicholas F. Wasdin |
| | Christina E. Sharkey |
| | Shannon L. Gonyou |
| | Cassandra M. Burns |
| | Diego J. Martinez-Krippner |
| | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle |
| | Chicago, IL 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | |
| | Alan Mills |
| | Elizabeth Mazur |
| | Nicole Schult |
| | Sarah Blair |
| | UPTOWN PEOPLE'S LAW CENTER |
| | 4413 North Sheridan Road |
| | Chicago, IL 60640 |
| | Telephone: (773) 769-1411 |
| | Facsimile: (773) 769-2224 |
| | |
| | *Attorneys for Plaintiff* |

**CERTIFICATE OF SERVICE**

This is to certify that on March 6, 2020, a true and correct copy of the foregoing was electronically filed and served upon counsel of record via the Court's CM/ECF system.

Respectfully submitted,

/s/ *Christina E. Sharkey*
Christina E. Sharkey
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200