# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Jane Doe, | ) |
|       Plaintiff, | ) |
| v. | )     No. 18-3191-SEM-TSH |
| Richard Macleod, *et al.*, | ) |
|       Defendants. | ) |

**OBJECTION TO PLAINTIFF'S DECEMBER 6, 2019 SUBPOENA**

The Illinois Department of Corrections, through its attorney, Kwame Raoul, Attorney General for the State of Illinois, pursuant to Federal Rule of Civil Procedure 45, objects to Plaintiff's December 6, 2019 Subpoena, as follows:

1. On December 6, 2019, Plaintiff served a subpoena requesting Illinois Department of Corrections to permit an inspection of Logan Correctional Center on January 9, 2020, at 10:00 AM, and to produce documents.

2. On December 20, 2019, counsel for Plaintiff and Illinois Department of Corrections met and conferred. Due to unavailability of some of counsel for Plaintiff, Plaintiff and Illinois Department of Corrections were unable to fully discuss Plaintiff's subpoena concerning production of documents. Accordingly, Illinois Department of Corrections reserves its right to object to Plaintiff's subpoena concerning production of documents until further conference can be held and until Plaintiff's requests for documents are clarified.

3. As it concerns Plaintiff's request to inspect Logan Correctional Center, on December 19, 2019, counsel for Plaintiff provided the following list of locations Plaintiff proposed to inspect:

- Housing Unit 4

- Housing Unit 9
- Housing Unit 11
- Richard Macleod's work spaces
- Sherrin Fitzer's office
- Vocational Center (and its classrooms)
- Logan Correctional Center Laundry Room
- Maintenance building
- Electrician shop

4. On December 20, 2019, during the meet and confer telephone call, counsel for Plaintiff clarified that Plaintiff would like to tour these locations and have photographs taken. Counsel for Plaintiff and Illinois Department of Corrections discussed some pertinent security issues as it concerns photographs.

5. At this time, Illinois Department of Corrections objects, in part, to Plaintiff's proposed inspection of Logan Correctional Center. Specifically, Illinois Department of Corrections objects to Plaintiff's request to inspect Housing Units 9 and 11, Logan Correctional Center Laundry Room—which is understood to refer to the laundry room on Housing Unit Wing 15B—maintenance building, and electrician's shop. Illinois Department of Corrections objects to this portion of the request because the requested inspection seeks to inspect areas not relevant to the litigation and because of the undue burden imposed on Illinois Department of Corrections for accommodating such an inspection of irrelevant locations. *See* Fed. R. Civ. P. 26(b) (limiting the scope of discovery to relevant materials); Fed. R. Civ. P. 45 (noting a subpoena must not impose an undue burden on the subpoenaed party).

6. Illinois Department of Corrections understands Plaintiff's requests to inspect Housing 9 and 11, the laundry room on 15B, the maintenance building, and electrician's shop is because these areas were the locations of other alleged sexual assaults at Logan Correctional Center. These other allegations took place at times different than the allegations in this lawsuit, concern alleged perpetrator other than the one at issue in this lawsuit, and largely concern

allegations made against persons who are not defendants in this lawsuit. Accordingly, Plaintiff's request to inspect these areas is irrelevant to the allegations in this lawsuit.

7. Further, Plaintiff's request to inspect these additional areas creates an undue burden on Illinois Department of Corrections. Logan Correctional Center is a correctional facility and the areas Plaintiff proposes to inspect are not open to the general public. Further, the taking of photographs and possession of electronic devices in correctional facilities is a security concern and violation of Illinois law. Tours and inspections necessarily impact the functions and operations of the correctional facility. Given the irrelevance of Plaintiff's proposed inspection of Housing Units 9 and 11, the laundry room on 15B, the maintenance building, and electrician's shop, and the undue burden imposed on the Illinois Department of Corrections if Plaintiff inspects these areas, the Illinois Department of Corrections objects to this portion of Plaintiff's subpoena because of undue burden.

8. The Illinois Department of Corrections will permit Plaintiff to inspect Housing Unit 4, Richard Macleod's work spaces, Sherrin Fitzer's office, and the Vocational Center (and its classrooms), as these requests are understood by the Illinois Department of Corrections and subject to agreement on safety considerations, including Plaintiff providing a list of persons who will attend the inspection and those persons complying with all security restrictions to enter the facility.

Wherefore, as stated above, Illinois Department of Corrections objects, in part, to Plaintiff's December 6, 2019 Subpoena.

Respectfully submitted,

Illinois Department of Corrections,

Kwame Raoul, Illinois Attorney General,

    Attorney for Illinois Department of Corrections,

By:   s/ Jeremy C. Tyrrell
      Jeremy C. Tyrrell
      Assistant Attorney General

Jeremy C. Tyrrell, #6321649
Clayton J. Ankney, #6320224
Assistant Attorneys General
500 South Second Street
Springfield, Illinois 62701
(217) 785-4555 Phone
(217) 524-5091 Fax
Email: jtyrrell@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Jane Doe, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 18-3191-SEM-TSH |
| | ) |
| Richard Macleod, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2019, I caused, *Objection to Plaintiff's December 6, 2019 Subpoena*, to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following:

Alan Mills
Elizabeth N. Mazur
Nicole Rae Schult
Uptown People's Law Center
4413 North Sheridan
Chicago, IL 60640

Nick Franklin Wasdin
Diego Martinez-Krippner
Christina Sharkey
Shannon Lee Gonyou
Kirkland & Ellis
24th Floor
300 N. LaSalle Street
Chicago, IL 60654

                                                                          s/Jeremy C. Tyrrell
                                                                          Jeremy C. Tyrrell
                                                                          Assistant Attorney General