# EXHIBIT 3

3:18-cv-03191-SEM-KLM   # 117-4   Filed: 03/06/20   Page 1 of 9

E-FILED
Friday, 06 March, 2020 05:22:49 PM
Clerk, U.S. District Court, ILCD

# Malloy, Emily N.

| | |
|---|---|
| **From:** | Wasdin, Nick |
| **Sent:** | Monday, January 13, 2020 11:24 AM |
| **To:** | Tyrrell, Jeremy; Burns, Cassie; Hayes, Rachael N.; Ankney, Clayton; Rupcich, Joseph N. |
| **Cc:** | Sharkey, Christina E.; Martinez-Krippner, Diego Jorge; Stephens, Claire; alan@uplcchicago.org; liz@uplcchicago.org; nicole@uplcchicago.org; Ewick, Thomas |
| **Subject:** | RE: Doe v. Macleod et al. / Case No. 3:18-cv-3191: Notice of Monica Strandberg and Robert Matos Subpoenas |

Thanks, Jeremy.

You are correct that the court has not made "a ruling about Plaintiff being permitted to inspect locations of other allegations of sexual assaults." That's because we haven't litigated an inspection request before. The court has, however, repeatedly held that evidence related to other sexual assaults at Logan is relevant to plaintiff's claims: it goes to, among other things, notice, deliberate indifference, and, as Judge Myerscough specifically noted in her June 25, 2019 opinion, defendants' liability for punitive damages. Those relevancy determinations apply equally to the inspection request as they did to the document requests and interrogatories at issue in our prior motions to compel.

As I explained on our call, and in my email below, plaintiff intends to put on evidence at trial of the number and nature of sexual assaults at Logan, from its conversion to an all-female facility in 2013 through and after plaintiff's departure from Logan. The location of the assaults is relevant to that story: whether jail staff were seeking out certain remote and dingy locations with no cameras, or whether they were doing it with impunity in monitored locations, each speak to notice and the level of deliberate indifference displayed by both the perpetrating officers and the supervisory staff, and also defendants' liability for punitive damages. Additionally, we are entitled to take pictures of those locations so we can examine jail staff at deposition on whether and why they sought out particular locations. We are also going to want them for expert discovery.

You may end up filing a motion in limine on this or other evidence before trial, and we will cross that bridge when we get there. But, given the court's prior orders and the broad scope of discovery under Rule 26, you cannot unilaterally decide today that we are not entitled to this evidence. This is particularly true since we are going to be doing an inspection in any event, and there is little burden of us looking at a few additional locations while we are already there.

Let's do a call at 11am central on Wednesday the 15th. As I noted below, if we have to brief this issue again we reserve all rights to seek fees, etc.

On the camera, we agreed to use a camera provided by jail staff because you said it would expedite the security process. We are still fine with that. But can you pass along the legal basis for your assertion that jail staff has to take the pictures for us?

Nick

**Nicholas F. Wasdin**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254  **F** +1 312 862 2000

nick.wasdin@kirkland.com

**From:** Tyrrell, Jeremy <JTyrrell@atg.state.il.us>
**Sent:** Monday, January 13, 2020 10:50 AM
**To:** Wasdin, Nick <nick.wasdin@kirkland.com>; Burns, Cassie <cassie.burns@kirkland.com>; Hayes, Rachael N. <rhayes@cassiday.com>; Ankney, Clayton <CAnkney@atg.state.il.us>; Rupcich, Joseph N. <jrupcich@cassiday.com>
**Cc:** Sharkey, Christina E. <christina.sharkey@kirkland.com>; Martinez-Krippner, Diego Jorge <diego.martinezkrippner@kirkland.com>; Stephens, Claire <claire.stephens@kirkland.com>; alan@uplcchicago.org; liz@uplcchicago.org; nicole@uplcchicago.org; Ewick, Thomas <TEwick@atg.state.il.us>
**Subject:** [EXT] RE: Doe v. Macleod et al. / Case No. 3:18-cv-3191: Notice of Monica Strandberg and Robert Matos Subpoenas

Nick,

I disagree with your assertion that our objection is contrary to the Court's rulings in this case. As you noted below, the Court has found that reports and allegations may be relevant for *notice* to the defendants. I am not aware of the Court making a ruling about Plaintiff being permitted to inspect locations of other allegations of sexual assaults. Further, it is not relevant to go through and inspect locations of other reported sexual assaults—many of which are being separately litigated—when these locations are unrelated to Plaintiff's claim that she was sexually assaulted by Macleod.

As for the second portion of the objection concerning the camera, I was not sure if we agreed to IDOC staff taking the photographs with an IDOC camera. If Plaintiff is fine with IDOC staff taking the photographs and is not bringing electronic devices into the facility, then I am fine with withdrawing this portion of the objection.

I am available on Tuesday, January 14th or Wednesday, January 15th to discuss further.

Thanks,

Jeremy Tyrrell
Assistant Attorney General
500 S. Second St.,
Springfield, IL 62701
Tel:  (217) 785-4555
Fax: (217) 782-8767
jtyrrell@atg.state.il.us


**From:** Wasdin, Nick <nick.wasdin@kirkland.com>
**Sent:** Wednesday, January 8, 2020 10:20 AM
**To:** Burns, Cassie <cassie.burns@kirkland.com>; Tyrrell, Jeremy <JTyrrell@atg.state.il.us>; Hayes, Rachael N. <rhayes@cassiday.com>; Ankney, Clayton <CAnkney@atg.state.il.us>; Rupcich, Joseph N. <jrupcich@cassiday.com>
**Cc:** Sharkey, Christina E. <christina.sharkey@kirkland.com>; Martinez-Krippner, Diego Jorge <diego.martinezkrippner@kirkland.com>; Stephens, Claire <claire.stephens@kirkland.com>; alan@uplcchicago.org; liz@uplcchicago.org; nicole@uplcchicago.org; Ewick, Thomas <TEwick@atg.state.il.us>
**Subject:** RE: Doe v. Macleod et al. / Case No. 3:18-cv-3191: Notice of Monica Strandberg and Robert Matos Subpoenas

Jeremy,

We received the attached objections to the jail inspection.  Among other things, you object to plaintiff inspecting the location of other sexual assaults at Logan on relevance grounds.  As you know, the court has repeatedly rejected the objection that other sexual assaults are not relevant to this litigation. For example:

2

- On May 15, 2019, Judge Schanzle Haskins ordered IDOC to produce documents related to other sexual assaults, holding that: "Documents regarding other sexual contact, sexual misconduct, and sexual assaults by Logan employees against Logan inmates (collectively Sexual Misconduct) are relevant to the claims against Defendants Burke and Sexton. Doe alleges that Sexton and Burke intentionally or recklessly allowed a substantial risk of harm to exist that inmates such as Doe would be subjected to Sexual Misconduct. Information about other Sexual Misconduct committed by Logan personnel against Logan inmates may be relevant to show the risk of harm to inmates at Logan, including Doe, from Sexual Misconduct and Sexton or Burke's knowledge of such risk of harm. The evidence of other Sexual Misconduct is relevant. The Department's relevance arguments to the contrary are not persuasive." (Docket No. 36 at 8)
- On June 25, 2019 Judge Myerscough affirmed that holding, noting that: "Reports of sexual assault pre-dating Plaintiff's incarceration are relevant to the defendants' notice of the alleged sexual assault problem and their alleged deliberate indifference to the risk to inmates. Reports post-dating Plaintiff's incarceration may be relevant to show liability for punitive damages."  (Docket No. 62 at 9)
- On August 21, 2019 Judge-Schanzle Haskins entered an order compelling Burke and Sexton to respond to plaintiff's interrogatories, and noted in the order that the May 15 and June 25 orders mooted defendants' relevance objections to information regarding other sexual assaults.  (Docket No. 88 at 4; see also Docket No. 97 at 5-6, Judge Myerscough affirming the June 25 order)

In light of that history, your objection to plaintiff inspecting the location of other sexual assaults is not well taken.  We request that you withdraw it.  As the court has repeatedly held, other sexual assaults at Logan are relevant to this case.  Plaintiff intends to introduce evidence at trial regarding the number and nature of those assaults, including, among other things, pictures of the locations where they took place that we will take during the jail inspection.  We've spent a lot of resources litigating this issue with your office already.  If we have to brief it again, we reserve all rights to seek sanctions, fees, etc.

Are you available for a call this week to discuss?  I want to get this resolved asap.

We should also discuss your assertion that "the taking of photographs and possession of electronic devices in correctional facilities is a security concern and violation of Illinois law," which is without merit and in any event contrary to your proposal on our last meet and confer that a camera would be provided by jail staff during the inspection.

Nick

**Nicholas F. Wasdin**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 3254  F +1 312 862 2000

nick.wasdin@kirkland.com

---

**From:** Burns, Cassie <cassie.burns@kirkland.com>
**Sent:** Monday, January 6, 2020 4:02 PM
**To:** Tyrrell, Jeremy <JTyrrell@atg.state.il.us>; Hayes, Rachael N. <rhayes@cassiday.com>; Ankney, Clayton <CAnkney@atg.state.il.us>; Rupcich, Joseph N. <jrupcich@cassiday.com>
**Cc:** Wasdin, Nick <nick.wasdin@kirkland.com>; Sharkey, Christina E. <christina.sharkey@kirkland.com>; Martinez-Krippner, Diego Jorge <diego.martinezkrippner@kirkland.com>; Stephens, Claire <claire.stephens@kirkland.com>; alan@uplcchicago.org; liz@uplcchicago.org; nicole@uplcchicago.org; Ewick, Thomas <TEwick@atg.state.il.us>
**Subject:** RE: Doe v. Macleod et al. / Case No. 3:18-cv-3191: Notice of Monica Strandberg and Robert Matos Subpoenas

Jeremy,

3

The 27th works best for us for the inspection. We will also plan to take Ms. Fitzer's deposition later that afternoon. Attached is a revised copy of plaintiff's subpoena for Ms. Fitzer's deposition and notice thereof. Hard copies will follow.

Thanks and best,
Cassie

**Cassie Burns**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 2935  **M** +1 773 431 0763
**F** +1 312 862 2200

cassie.burns@kirkland.com

---

**From:** Tyrrell, Jeremy <JTyrrell@atg.state.il.us>
**Sent:** Monday, January 6, 2020 11:29 AM
**To:** Burns, Cassie <cassie.burns@kirkland.com>; Hayes, Rachael N. <rhayes@cassiday.com>; Ankney, Clayton <CAnkney@atg.state.il.us>; Rupcich, Joseph N. <jrupcich@cassiday.com>
**Cc:** Wasdin, Nick <nick.wasdin@kirkland.com>; Sharkey, Christina E. <christina.sharkey@kirkland.com>; Martinez-Krippner, Diego Jorge <diego.martinezkrippner@kirkland.com>; Stephens, Claire <claire.stephens@kirkland.com>; alan@uplcchicago.org; liz@uplcchicago.org; nicole@uplcchicago.org; Ewick, Thomas <TEwick@atg.state.il.us>
**Subject:** [EXT] RE: Doe v. Macleod et al. / Case No. 3:18-cv-3191: Notice of Monica Strandberg and Robert Matos Subpoenas

Thanks, Cassie.

I have been informed that January 27 or January 29 would be best for the inspection.

Please let me know if either of those dates work and I will have Logan staff schedule the inspection.

Thanks,

Jeremy

---

**From:** Burns, Cassie <cassie.burns@kirkland.com>
**Sent:** Friday, January 3, 2020 1:22 PM
**To:** Tyrrell, Jeremy <JTyrrell@atg.state.il.us>; Hayes, Rachael N. <rhayes@cassiday.com>; Ankney, Clayton <CAnkney@atg.state.il.us>; Rupcich, Joseph N. <jrupcich@cassiday.com>
**Cc:** Wasdin, Nick <nick.wasdin@kirkland.com>; Sharkey, Christina E. <christina.sharkey@kirkland.com>; Martinez-Krippner, Diego Jorge <diego.martinezkrippner@kirkland.com>; Stephens, Claire <claire.stephens@kirkland.com>; alan@uplcchicago.org; liz@uplcchicago.org; nicole@uplcchicago.org; Ewick, Thomas <TEwick@atg.state.il.us>
**Subject:** RE: Doe v. Macleod et al. / Case No. 3:18-cv-3191: Notice of Monica Strandberg and Robert Matos Subpoenas

Jeremy,

We estimate that Ms. Fitzer's deposition will take between 3-4 hours. Please let us know when you hear back from Logan.

Best,
Cassie

**Cassie Burns**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 2935  **M** +1 773 431 0763
**F** +1 312 862 2200

cassie.burns@kirkland.com

---

**From:** Tyrrell, Jeremy <JTyrrell@atg.state.il.us>
**Sent:** Friday, January 3, 2020 10:12 AM
**To:** Burns, Cassie <cassie.burns@kirkland.com>; Hayes, Rachael N. <rhayes@cassiday.com>; Ankney, Clayton <CAnkney@atg.state.il.us>; Rupcich, Joseph N. <jrupcich@cassiday.com>
**Cc:** Wasdin, Nick <nick.wasdin@kirkland.com>; Sharkey, Christina E. <christina.sharkey@kirkland.com>; Martinez-Krippner, Diego Jorge <diego.martinezkrippner@kirkland.com>; Stephens, Claire <claire.stephens@kirkland.com>; alan@uplcchicago.org; liz@uplcchicago.org; nicole@uplcchicago.org; Ewick, Thomas <TEwick@atg.state.il.us>
**Subject:** [EXT] RE: Doe v. Macleod et al. / Case No. 3:18-cv-3191: Notice of Monica Strandberg and Robert Matos Subpoenas

Cassie:

For planning purposes, does Plaintiff have an estimate for how long Ms. Fitzer's deposition will take?

I have reached out to Logan to see whether 1/23, 1/24, 1/27, or 1/29 will work the inspection. Once I hear back from the facility, I will let you know. Tentatively, Clayton or myself are available for these days.

Mr. Ewick, cc'd, from my Office has been assigned to represent Ms. Fitzer for the deposition in this case. He can accept service of the subpoena for Ms. Fitzer once the deposition is rescheduled.

Thanks,

Jeremy Tyrrell
Assistant Attorney General
500 S. Second St.,
Springfield, IL 62701
Tel:  (217) 785-4555
Fax: (217) 782-8767
jtyrrell@atg.state.il.us

---

**From:** Burns, Cassie <cassie.burns@kirkland.com>
**Sent:** Thursday, January 2, 2020 12:14 PM
**To:** Hayes, Rachael N. <rhayes@cassiday.com>; Ankney, Clayton <CAnkney@atg.state.il.us>; Tyrrell, Jeremy <JTyrrell@atg.state.il.us>; Rupcich, Joseph N. <jrupcich@cassiday.com>
**Cc:** Wasdin, Nick <nick.wasdin@kirkland.com>; Sharkey, Christina E. <christina.sharkey@kirkland.com>; Martinez-Krippner, Diego Jorge <diego.martinezkrippner@kirkland.com>; Stephens, Claire <claire.stephens@kirkland.com>; alan@uplcchicago.org; liz@uplcchicago.org; nicole@uplcchicago.org
**Subject:** RE: Doe v. Macleod et al. / Case No. 3:18-cv-3191: Notice of Monica Strandberg and Robert Matos Subpoenas

Ms. Hayes,

> The 9th was chosen because Plaintiff is inspecting Logan Correctional Center on the same date.  Holding the deposition and the inspection on the same day avoids needlessly duplicative travel, however, if your office has

confirmed it is unable to cover the deposition on the 9th, we will have it rescheduled for a date that you are available.

Clayton and Jeremy,

Ms. Hayes previously provided the following potential deposition dates:  1/23, 1/24, 1/27, or 1/29.  Please let us know if these dates will work on your end.

Also, given her employment with IDOC, do you agree to accept service of the modified subpoena with the new deposition date on Ms. Fitzer's behalf?

Thanks and best,
Cassie

**Cassie Burns**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 2935 **M** +1 773 431 0763
**F** +1 312 862 2200

cassie.burns@kirkland.com

---

**From:** Hayes, Rachael N. <rhayes@cassiday.com>
**Sent:** Tuesday, December 31, 2019 11:01 AM
**To:** Burns, Cassie <cassie.burns@kirkland.com>; Cankney@atg.state.il.us; jtyrrell@atg.state.il.us; Rupcich, Joseph N. <jrupcich@cassiday.com>
**Cc:** Wasdin, Nick <nick.wasdin@kirkland.com>; Sharkey, Christina E. <christina.sharkey@kirkland.com>; Martinez-Krippner, Diego Jorge <diego.martinezkrippner@kirkland.com>; Stephens, Claire <claire.stephens@kirkland.com>; alan@uplcchicago.org; liz@uplcchicago.org; nicole@uplcchicago.org
**Subject:** [EXT] RE: Doe v. Macleod et al. / Case No. 3:18-cv-3191: Notice of Monica Strandberg and Robert Matos Subpoenas

Ms. Burns:

I have been working to clear my calendar for the depositions on the 9th but have been unable to do so.  Again, since that was not properly coordinated with our office, we would ask that the matter be rescheduled.

Thanks,

Rachael N. Hayes

**Rachael Hayes** | Attorney
Cassiday Schade LLP | Phone: 217.993.5636 | Fax: 217.572.1613
111 N. 6th Street, Suite 200, Springfield IL 62701 | www.cassiday.com

CASSIDAY SCHADE LLP
Illinois | Indiana | Missouri | Wisconsin

*This attorney does not consent to electronic service of discovery documents or notices of deposition.  Please serve all discovery and notices of deposition by United States mail to the address above.*

---

**From:** Burns, Cassie [mailto:cassie.burns@kirkland.com]
**Sent:** Monday, December 23, 2019 9:43 AM
**To:** Hayes, Rachael N.; Cankney@atg.state.il.us; jtyrrell@atg.state.il.us; Rupcich, Joseph N.

**Cc:** Wasdin, Nick; Sharkey, Christina E.; Martinez-Krippner, Diego Jorge; Stephens, Claire; alan@uplcchicago.org; liz@uplcchicago.org; nicole@uplcchicago.org
**Subject:** RE: Doe v. Macleod et al. / Case No. 3:18-cv-3191: Notice of Monica Strandberg and Robert Matos Subpoenas

Counsel,

The January 8 deposition date was chosen for the convenience of the third party deponents. However, given defense counsel is unavailable, we have advised the third parties of the need to reschedule their depositions. Are you available to attend their depositions on January 10? If not, could you please provide dates the week of January 20th and the week of January 27th when you are available to attend these depositions?

We do plan to proceed with the January 9th deposition of Sherrin Fitzer that we noticed on December 9th.

Thanks and best,
Cassie

**Cassie Burns**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 2935 **M** +1 773 431 0763
**F** +1 312 862 2200

cassie.burns@kirkland.com

---

**From:** Hayes, Rachael N. <rhayes@cassiday.com>
**Sent:** Wednesday, December 18, 2019 12:19 PM
**To:** Burns, Cassie <cassie.burns@kirkland.com>; Cankney@atg.state.il.us; jtyrrell@atg.state.il.us; Rupcich, Joseph N. <jrupcich@cassiday.com>
**Cc:** Wasdin, Nick <nick.wasdin@kirkland.com>; Sharkey, Christina E. <christina.sharkey@kirkland.com>; Martinez-Krippner, Diego Jorge <diego.martinezkrippner@kirkland.com>; Stephens, Claire <claire.stephens@kirkland.com>; alan@uplcchicago.org; liz@uplcchicago.org; nicole@uplcchicago.org
**Subject:** [EXT] RE: Doe v. Macleod et al. / Case No. 3:18-cv-3191: Notice of Monica Strandberg and Robert Matos Subpoenas

Counsel:

These dates were not coordinated with our office. As such, both myself and Mr. Rupcich are unavailable on the date selected. I would kindly ask that we coordinate a new date for this matter and in the future, would ask that deposition dates be coordinated with all counsel to ensure availability as required by Local Rule 30.1.

**Rachael Hayes** | Attorney
Cassiday Schade LLP | Phone: 217.993.5636 | Fax: 217.572.1613
111 N. 6th Street, Suite 200, Springfield IL 62701 | www.cassiday.com

CASSIDAY SCHADE LLP
Illinois | Indiana | Missouri | Wisconsin

**From:** Burns, Cassie [mailto:cassie.burns@kirkland.com]
**Sent:** Wednesday, December 18, 2019 12:03 PM
**To:** Cankney@atg.state.il.us; jtyrrell@atg.state.il.us; Hayes, Rachael N.; Rupcich, Joseph N.
**Cc:** Wasdin, Nick; Sharkey, Christina E.; Martinez-Krippner, Diego Jorge; Stephens, Claire; alan@uplcchicago.org; liz@uplcchicago.org; nicole@uplcchicago.org
**Subject:** Doe v. Macleod et al. / Case No. 3:18-cv-3191: Notice of Monica Strandberg and Robert Matos Subpoenas

Counsel,

Please find attached copies of Plaintiff's subpoenas for depositions of Robert Matos and Monica Strandberg and notice thereof. Hard copies will be mailed today.

Best,
Cassie

**Cassie Burns**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 2935  **M** +1 773 431 0763
**F** +1 312 862 2200

cassie.burns@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. For further information about Cassiday Schade LLP, please see our website at www.cassiday.com or refer to any of our offices. Thank you.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.