# EXHIBIT 5

Page 1

1  UNITED STATES DISTRICT COURT
2  CENTRAL DISTRICT OF ILLINOIS
3  SPRINGFIELD DIVISION
4  JANE DOE,
5
6       Plaintiff,
7
8  VS.                Cause No.  3:18-cv-03191-SEM-TSH
9
10 RICHARD MACLEOD, et al.,
11
12      Defendants.
13 _____
14       VIDEOTAPE DEPOSITION OF
15       SHERRIN FITZER
16
17       January 27, 2020
18       1:00 p.m.
19
20       Taken at:
21       Best Western
22       1750 5th Street
23       Lincoln, Illinois
24 Nancy Prange, CCR, CSR, Notary Public

Page 54

1 office, if you're walking straight in to your left
2 at the head of the room would have been a desk that
3 we when had an office associate they would have sat
4 at. If you walked directly ahead it would have been
5 MacLeod's desk. I'm trying to think the way to
6 describe how it was facing. His desk faced a
7 different way than all the other desks. All the
8 other desks they were going up and down each side of
9 the room and the counselors would have been facing
10 the front of the room. His desk was turned sideways
11 so he would have been facing the doorway, but he was
12 hidden behind his cubby area. He told me when I
13 suggested he turn his desk that he needed it that
14 way because of his PTSD from the military.
15    Q   Was that a credible explanation to you?
16    A   I don't know that it's my expertise to
17 decide, but I didn't think it was.
18    Q   Why did you think he had his desk pointed a
19 different direction?
20    A   I think he liked to goof off and watch
21 videos on his computer and I'm not sure what else.
22 But I think it was more that he wanted his privacy.
23    Q   So he shared that office with other
24 counselors?

Page 55

1    A   Yes. Perhaps four to six other counselors.
2    Q   Four to six others in addition to him?
3    A   Yes.
4    Q   Were there cameras in that work space?
5    A   I'm trying to remember because cameras have
6 been brought in Logan at various times in various
7 places. I don't think that there were cameras in
8 that room, if I recall correctly.
9    Q   Okay. And MacLeod had access to your office
10 as well, correct?
11    A   Yes, that's correct.
12    Q   And did you keep your office locked?
13    A   When I left I would, yes.
14    Q   So how did he access your office?
15    A   Now I'm going back to thinking who had what
16 keys. He must have had the same key that I did to
17 my office. It must have been on the counselor's key
18 ring.
19    Q   So would all counselors have had access to
20 your office?
21    A   I think so, yeah.
22    Q   So why the did the counselors get access to
23 your office?
24    A   I don't know.

Page 56

1    Q   You don't know?
2    A   I don't know why.
3    Q   Is it still the case today that counselors
4 have access to your office?
5    A   Yes.
6    Q   Have you ever considered changing that
7 policy?
8    A   My office has been moved so many times that,
9 no, I have not.
10    Q   Have you talked to anyone about why
11 counselors have access to your office?
12    A   No, I have not.
13    Q   Are there cameras in your office?
14    A   I don't think there were.
15    Q   Were there cameras in the area outside your
16 office?
17    A   I can't remember where they had cameras in
18 vocational at that point. I don't think so back
19 then.
20    Q   Were there any cameras in the vocational
21 building around that time, 2017/2016?
22    A   I don't think so.
23    Q   Do you know why?
24    A   I don't know why; and I don't know if I'm

Page 57

1 correct.
2    Q   Okay.
3    A   I just know that, you know, they've
4 increased security as the years go on and they
5 continue to get more cameras and place them more
6 places. There are cameras, I believe, in vocational
7 now.
8    Q   Did you ever have an opinion on cameras not
9 being in that building?
10    A   I guess naively, no. I mean, I think that a
11 lot of the times there was always somebody else
12 around, there were officers around. There was
13 usually always more than one person in my office.
14 There were windows to my office, a window into the
15 counselor's office. So I guess I didn't question
16 it.
17    Q   Would people ever ask permission before they
18 went into your office?
19    A   No.
20    Q   So did you have any way to know who was
21 accessing your office?
22    A   If I was not there, no, I don't. There
23 shouldn't have been a reason they needed to access
24 my office that I can think of.

15 (Pages 54 - 57)