# EXHIBIT 6

⊙ View up to date information on how Illinois is handling the Coronavirus Disease 2019 (COVID-19) from the Illinois Department of Public Health

ILLINOIS.gov | Governor JB Pritzker | Agencies | ✉ Contact Us | [f]

Illinois Department of Corrections

About ▾ | Offenders ▾ | **Facilities** ▾ | Victims ▾ | Parole ▾ | Reentry ▾ | Reports ▾ | Careers ▾

IDOC ▸ Facilities

## Logan Correctional Center

### Teri Kennedy, Warden

### Facility Data

**Logan Correctional Center**
Opened: January 1978
*Operational Capacity: 1,667
Multi-level Security Female
**Population Logan Correctional Center: 1,510
**Population Logan Reception & Classification Center: 147
**Total Population: 1,657
Average Annual Cost Per Offender: $34,106 (FY18)

*Operational capacity is the maximum amount of beds a facility has; to include all health care, crisis, segregation, protective custody, isolation, R&Cs, and future beds that are down for repair. Data reflects a bed space capacity census that was conducted in CY19.

**As of 6/20/19

Logan Correctional Center is the parent institution for Logan Reception Classification Center.

### Visiting Hours

Visitor ADA Accommodations

IDOC Visitation Rules and Information—please review before visiting

Visitors to any correctional facility will be required to produce photo identification and verification of date of birth. Please be sure to bring **2 forms of identification with you**; these would include a current photo ID such as a driver's license, a state ID card, government ID card, military ID/driver's license, or acceptable documentation of non-U.S. citizenship including a current Passport, or Visa, documentation must contain the visitor's date of birth. Expired forms of identification will not be accepted. Visitors will also be required to provide vehicle information and other pertinent data, such as government identification, official credentials, attorney registration, and or law student certification.

**General Population**

Weekdays, weekends and holidays - 9:00 a.m. to 8:00 p.m.

No visitor is allowed entrance after 6:30 p.m. due to processing time.

There will be a four (4) hour time limit on weekday visits, which can be extended if no one is waiting to visit. Should overcrowding become an issue, visits will be reduced to two hours.

On weekends and holidays, visits will be a maximum of 4 hours when space is available. Should overcrowding become an issue, visits will be reduced to two hours.

**Segregation**

Weekdays - 9:00a.m. to 2:00p.m.

No visitor is allowed entrance after 12:30 p.m. due to processing time. There will be a one (1) hour time limit on visits.

Segregation visits on weekends and holidays must have prior approval from the Chief Administrative Officer or designee.

**Video Visitation Hours**
Sunday through Saturday 9:00am 11:00am; 5:00pm – 8:00pm
Visitors should log on to the GTL 15 minutes prior to the scheduled start time.

**FACILITIES**

All Facilities
Adult Transition Centers
Boot Camps
Correctional Facilities
Life Skills Re-Entry Centers
Lockdown Information
Multi-Security Multi-Disciplinary Treatment
Reception & Classification Centers
Secured Mental Health Inpatient Treatment
Visitation Rules & Information
Women Facilities
Work Camps

Video Visitation Guidelines

## Facility Address

**Business Mail:**
1096 1350th Street
P.O. Box 1000
Lincoln, IL 62656

**Inmate Mail:**
Inmate Name & IDOC#
P.O. Box 1000
Lincoln, IL 62656

**Phone:** (217) 735-5581
**Fax:** (217) 735-1077

## Facility Information

It is the mission of the Logan Correctional Center to provide appropriate custodial care, a continuum of programs and services for the female offender in a safe and humane environment. The center's goal is to address the special needs of the female offender, as well as provide education, vocational, and industrial-based programming that willl enhance and support skill building within an entrepreneurial approach. The center's mission is to provide independence for the female offender and her dependents.

Logan Correctional Center is located in Lincoln, 30 miles north of Springfield. Logan's living units consist of seven E-style units, three C-style units, one X-house, a segregation unit and a 15-bed infirmary health care unit. The facility encompasses 150 acres with 57 acres enclosed by fencing. Logan Correctional Center serves a multifaceted population consisting of reception and classification, segregation, protective custody and mental health units as well as a state-of-the-art medical facility designated to provide care to pregnant and critically or terminally ill female offenders.

**Inmate Programs**

**Academic:**

- ABE (Adult Basic Education)
- Pre GED (General Education Development)
- GED (General Education Development)
- Nail Technology
- Cosmetology
- Hair Braiding

**Vocational:**

- Construction Occupation
- College Associate Degree
- Career Technology
- Food Services
- Horticulture

**Industries:**

- Recycling Shop
- Helping Paws Program

**Volunteer Services:**

- Cake Decorating Class
- Family Connections Visitation
- Operations Storybook
- Mom & Me Summer Camp
- Mom & Me Mother's Day Camp
- Mentoring Children of Incarcerated Parents
- Angel Tree
- Operation Ponytail
- Chicago Legal Aid for Incarcerated Mothers (CLAIM)
- Religious Services
- Social Graces

**Other:**

- Project Read/Literacy Program
- Wells Residential Substance Abuse Treatment Program
- Dual Diagnosis
- Women of Hope Unit
- Women of Victory Unit
- Sobriety Group
- Drug Education Program
- Parenting
- Toastmasters
- Book Club
- Stress Management
- Anger Management
- Healthy Relationships
- Lifestyle Redirection

- TRAC I
- Healing Through Positive Self-Image
- Domestic Violence
- Sexual Assault/Abuse Group
- HIV Support Group
- Hospice/Adult Care
- Mental Health
- Leisure Time Services
- Phoenix Rising
- Re-entry Summits
- Out in Week Boutique
- Seeking Safety

### Stay Informed
- Alerts & Notices
- Flag Honors
- Road Conditions
- Emergencies & Disasters

### About Illinois.gov
- IDOC Privacy Info
- Kids Privacy
- Web Accessibility
- Contact Us
- Agency Media Contacts

### Popular Links
- State Phone Directory
- State Agencies
- Governor's Site
- Doing Business with the State of Illinois

Copyright © 2020 State of Illinois