IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 18-cv-3191 |
| RICHARD MACLEOD, et al., | ) ) ) | |
| Defendants. | ) | |

FILED
SEP 22 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### JURY VERDICT FORM

1. **We, the jury, find as follows on Plaintiff's claims:**

*(Place an "X" on the appropriate line for each claim.)*

|  | For Plaintiff |  | For Defendant |
|---|---|---|---|
| Margaret Burke | __X__ | or | _____ |
| Todd Sexton | __X__ | or | _____ |

*Defendant Richard MacLeod has already been found liable.*

2. **We fix Plaintiff's total compensatory damages at**

$ __8,000,000.00__ .

3. We fix Plaintiff's punitive damages, if any, as follows:

    Richard MacLeod            $ 10,000,000.00

*If you found for Plaintiff against Defendant Margaret Burke and/or Defendant Todd Sexton in #1, proceed to the following:*

**We fix Plaintiff's punitive damages, if any, as follows:**

    Margaret Burke            $ 500,000

    Todd Sexton              $ 800,000

**We, the jury, having reached a unanimous agreement on Plaintiff's claims, sign below.**

Date: 09/22/2023

s/ Presiding Juror

**Presiding Juror**

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror