AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Jane Doe

V.

Richard Macleod, et al

**WITNESS LIST**

Case Number: 18-3191

| PRESIDING JUDGE<br>Judge Myerscough | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER<br>Kailey Fenwick | COURTROOM DEPUTY<br>Jayde Lipp |

| PLF. NO. | DEF. NO. | Sworn | TESTIFIED | WITNESS |
|---|---|---|---|---|
| 9 | | 9/22 | 9/22 | Jane Doe |
| 10 | | 9/22 | 9/22 | Ann Burgess |
| 7 | | 9/21 dep played | | Jane Doe 1 |
| 6 | | 9/19 | 9/19 + 9/20 + 9/21 | Todd Sexton |
| | | | | Pam Skweres |
| 8 | | 9/21 | 9/21 | Margaret Burke |
| 3 | | 9/19 dep played | | Michael Atchison |
| 1 | | 9/18 | 9/18 + 9/19 | Brenda Smith |
| | 1 | 9/22 dep played | | Angel Wilson |
| 5 | | 9/19 dep played | | Sherrin Fitzer |
| 2 | | 9/19 | 9/19 | Monica Strandberg |
| 4 | | 9/19 dep played | | Robert Matos |
| | | | | Jennifer McClellan |
| | | | | Heidi Browne |
| | | | | Michael Funk |
| | | | | Lisa Johnson |
| | | | | Brent Blanco |
| | | | | Christine Brannon |
| | | | | Clara Charron |
| | | | | Melinda Eddy |
| | | | | Charles Gibbons |
| | | | | Patrick Keane |

Page 1 of __2__ Pages

| PLF. NO. | DEF. NO. | Sworn | TESTIFIED | WITNESS |
|---|---|---|---|---|
| | | | | Shari Klassen |
| | | | | Bobbie LeDuc |
| | | | | Angela Locke |
| | | | | Jennifer Meaker |
| | | | | Marcia Mibbs |
| | | | | Alan Pasley |
| | | | | Debra Pollock |
| | | | | Kess Roberson |
| | | | | Grant Willis |
| | | | | Felipe Zavala |
| | | | | Keena Peek |

Page 2 of __2__ Pages