# Plaintiff Exhibit List

| Ex. # | Date | Description | Bates or Other Identifier | Marked | Admitted |
|---|---|---|---|---|---|
| PX 1 | 2004-01-01 | Addressing Staff Sexual Misconduct with Offenders Curriculum Instructors Guide- National Institute of Corrections in Parnerships with American University Washington College of Law | | | |
| PX 2 | 2006-01-01 | Sexual Abuse of Women in United States Prisons: A Modern Corollary of Slavery by Brenda V. Smith – Fordham Urban Law Journal Volume 33, Number 2 | | | |
| PX 3 | 2007-01-01 | Breaking the Code of Silence - Correctional Officers' Handbook on Identifying and Addressing Sexual Misconduct by Brenda Smith and Jaime Yarussi | | | |
| PX 4 | 2007-02-01 | Building Culture Strategically - A Team Approach for Corrections - U.S. Department of Justice National Institute of Corrections | | | |
| PX 5 | 2009-06-01 | National Prison Rape Elimination Commission Report | | | |
| PX 6 | 2010-08-01 | Sexual Victimization in Prisons and Jails Reported by Inmates, 2008-2009 | | | |
| PX 7 | 2012-05-17 | Prison Rape Elimination Act - Prisons and Jail Standards | | | |
| PX 8 | 2014-01-01 | U.S. Department of Justice - Special Report - Sexual Victimization Reported by Adult Correctional Authorities, 2009-11 | | | |
| PX 9 | 2014-07-01 | IDOC - Administrative Directive No. 01.12.120 | IDOC Subpoena Sexton 044859 - IDOC | | |
| PX 10 | 2014-09-03 | BJA FY 2014 Prison Rape Elimination Act (PREA) Reallocation Funds/Edward Byrne Memorial Justice Assistance Grant (JAG) Program | | | |
| PX 11 | 2014-12-31 | JHA Special Prison Monitoring Report - Overcrowded, Underresourced, and Ill-Conceived: Logan Correction Center, 2013/14 | | | |
| PX 12 | 2015-05-02 | Email from P. Keane to M. Briseno Fwd: 30 day Checklist and PREA Memo w/ attachment | IDOC Subpoena 000942 - IDOC Subpoena 000945 | | |
| PX 13 | 2015-05-13 | Logan Correctional Center - Institutional Directive No. 04.01.301 | IDOC Subpoena (Second) 000119 - IDOC Subpoena (Second) 000133 | | |
| PX 14 | 2015-06-03 | National PREA Resource Center FAQ - What are the PREA Standards and When are they Effective? | | | |
| PX 15 | 2015-07-01 | Agreement between the Department of Central Management Services and the American Federation of State, County and Municipal Employees Council 31, AFL-CIO | | | |
| PX 16 | 2015-07-28 | IDOC Letter from A. Hergert to K. Roberson Re: PREA, Offender 10 and Corrections Clerk II Ruff, Douglas | IDOC Subpoena 001039 | | |
| PX 17 | 2015-08-26 | Email from S. Fitzer to R. Boyd RE: Confused | IDOC Subpoena (Fourth) 034083 | | |
| PX 18 | 2015-08-26 | Email from D. McCray to S. Fitzer FW: Confused | IDOC Subpoena (Fourth) 035265 | | |
| PX 19 | 2015-09-01 | IDOC - Administrative Directive No. 01.12.120 | | | |
| PX 20 | 2015-09-15 | BJA FY 2015 JAG PREA Project | | | |
| PX 21 | 2015-11-05 | I-Case Supplementary Report - Div Of Internal Investigation | ISP 00051 - ISP 00055; Various | | |
| PX 22 | 2015-11-09 | Email from D. Chaudoin to A. Hergert et al. Re: Incident Summary - Logan Correctional Center - Alleged PREA | IDOC Subpoena 001073 - IDOC Subpoena 001074 | | |
| PX 23 | 2015-11-09 | Email from D. Chaudoin to A. Hergert et al. Re: Incident Summary - Logan Correctional Center - Alleged PREA | IDOC Subpoena 001073 - IDOC Subpoena 001074; Various | | |
| PX 24 | 2015-11-11 | IDOC Memorandum from N. Veech to C. Charron Re: PREA - Offender 6 | IDOC Subpoena 002223 - IDOC Subpoena 002233 | | |
| PX 25 | 2015-11-11 | PREA Checklist | IDOC Subpoena 000975 - IDOC Subpoena 000989 | | |
| PX 26 | 2015-11-11 | Email from D. Chaudoin to A. Hergert et al. Re: Incident Summary - Logan Correctional Center - Alleged PREA | IDOC Subpoena 002224 - IDOC Subpoena 002225; Various | | |
| PX 27 | 2015-11-24 | I-Case Supplementary Report - Div Of Internal Investigation | ISP 00031 - ISP 00156 | | |
| PX 28 | 2015-12-07 | Email from C. Gibbons to A. Pasley Fw: Swam R92615 Temporary Confinement | IDOC Subpoena (Fourth) 562447 | | |
| PX 29 | 2015-12-19 | Email from M. Butler-Jones to G. Willis et al. Fwd: Logan Correctional Center - P R E A Report | IDOC Subpoena 002216 | | |
| PX 30 | 2015-12-31 | Illinois Department of Corrections - 2015 Annual PREA Report | | 9/18 | 9/18 |
| PX 31 | 2016-01-01 | National Institute of Corrections' Prison Rape Elimination Act (PREA) Training Courses by NIC | | | |
| PX 32 | 2016-12-31 | Illinois Department of Corrections 2016 Annual PREA Report | | | |
| PX 33 | 2016-12-31 | Prison Rape Elimination Act (PREA) Annual Report 2016 | | | |
| PX 34 | 2016-01-05 | Illinois State Police - Investigative Summary | ISP 00001 - ISP 00003 | | |
| PX 35 | 2016-01-05 | C16-LOG-112 Offender 21 Conduct of Individual, Custodial Sexual Misconduct | IDOC Subpoena 001346 | | |

| Ex. # | Date | Description | Bates or Other Identifier | Marked | Admitted |
|---|---|---|---|---|---|
| PX 36 | 2016-01-11 | Logan Correctional Center - Institutional Directive No. 04.01.301 | IDOC Subpoena 000458 - IDOC Subpoena 000489 | | |
| PX 37 | 2016-01-15 | IDOC Letter from A. Hergert to N. Ashley Re: PREA - Offender 18 and Williams, Bianca M., R-91961, Bainter, Amber M., R-87518, Correctional Officer Schmidt, Timothy J., Correctional Officer Payne, Nicholas I. | IDOC Subpoena 002566 - IDOC Subpoena 002580 | | |
| PX 38 | 2016-01-25 | PREA Checklist | IDOC Subpoena 001241 | | |
| PX 39 | 2016-02-16 | PREA File Checklist | IDOC Subpoena 001359 - IDOC Subpoena 001381 | | |
| PX 40 | 2016-02-16 | IDOC - PREA Sexual Abuse and Harassment Prevention and Intervention Program Manual | DOE 000172 - DOE 000225 | 9/18 | 9/18 |
| PX 41 | 2016-02-23 | Email from D. Chaudoin to N. Ashley et al. Re: Alleged PREA - Amy Ferguson R89403 w/ attachments | IDOC Subpoena 001279 - IDOC Subpoena 001280 | | |
| PX 42 | 2016-03-31 | IDOC - Incident Report | IDOC Subpoena 002379 | | |
| PX 43 | 2016-05-06 | PREA Audit Report - Adult Prisons & Jails - Logan Correctional Center | | | |
| PX 44 | 2016-06-21 | I-Case Supplementary Report - Div Of Internal Investigation | ISP 00176 - ISP 00177; Various | | |
| PX 45 | 2016-07-07 | IDOC - Incident Report | IDOC Subpoena 001319 | | |
| PX 46 | 2016-07-25 | IDOC Memorandum from M. Burke to Offender 13 Re: Victim Notification of Completed PREA Investigation Findings | IDOC Subpoena 001116 | | |
| PX 47 | 2016-08-03 | Email from S. Drobnack to T. Sexton Re: [Non-DoD Source] Re: | IDOC Subpoena (Fourth) 236904 - IDOC Subpoena (Fourth) 236906 | 9/20 | 9/20 |
| PX 48 | 2016-08-08 | IDOC Letter from A. Hergert to N. Ashley Re: PREA - Offender 25 and Correctional Officer List, Damon M. | IDOC Subpoena 002668 - IDOC Subpoena 002680 | | |
| PX 49 | 2016-08-09 | IDOC Memorandum from A. Pasley to M. Burke Re: PREA Incident Reviews Offender 13 | IDOC Subpoena 001115 | | |
| PX 50 | 2016-08-18 | Illinois State Police - Investigative Summary | ISP 00004 | | |
| PX 51 | 2016-09-01 | IDOC - PREA After - Action Checklist | IDOC Subpoena 001567 | | |
| PX 52 | 2016-09-01 | IDOC - PREA After - Action Checklist | Various | | |
| PX 53 | 2016-09-08 | IDOC Memorandum from T. Sexton to S. Klassen Re: PREA - Offender 86 | IDOC Subpoena Sexton 033016 | | |
| PX 54 | 2016-09-08 | IDOC - PREA After - Action Checklist | IDOC Subpoena 002334 | | |
| PX 55 | 2016-09-10 | IDOC - PREA After - Action Checklist | IDOC Subpoena 001173 | | |
| PX 56 | 2016-09-14 | Email from A. Pasley to S. Klassen et al. Re: PREA Instructions w/ attachments | IDOC Subpoena (Fourth) 018767 | | |
| PX 57 | 2016-09-14 | Email from T. Sexton to D. Chaudoin Re: WFS CCII Macleod | IDOC Subpoena (Fourth) 035691 | | |
| PX 58 | 2016-09-27 | IDOC - Incident Report | IDOC Subpoena 002816 | | |
| PX 59 | 2016-09-27 | IDOC - PREA After - Action Checklist | IDOC Subpoena 001597 - IDOC Subpoena 001599 | | |
| PX 60 | 2016-09-27 | Email from A. Pasley to J. Stover et al. Re: PREA Quarterly Report Reminder w/ attachments | IDOC Subpoena (Fourth) 019569 | | |
| PX 61 | 2016-09-27 | FY 2016 PREA Reallocation Program _ Bureau of Justice Assistance | | 9/19 | 9/19 |
| PX 62 | 2016-09-28 | IDOC - Adult and Juvenile Divisions - Incident Report | IDOC Subpoena 001386 | | |
| PX 63 | 2016-10-04 | IDOC - PREA After - Action Checklist | IDOC Subpoena 001389 - IDOC Subpoena 001391 | | |
| PX 64 | 2016-10-06 | IDOC Memorandum from S. Klassen to A. Pasley et al. Re: PREA 3rd Quarter Report | IDOC Subpoena (Fourth) 024316 - IDOC Subpoena (Fourth) 024318 | | |
| PX 65 | 2016-10-12 | IDOC - PREA After - Action Checklist | IDOC Subpoena 001494 | | |
| PX 66 | 2016-10-12 | IDOC Memorandum from T. Sexton to S. Klassen Re: PREA - Offender 17 | IDOC Subpoena 001192 - IDOC Subpoena 001193 | | |
| PX 67 | 2016-10-12 | IDOC Memorandum from T. Sexton to S. Klassen Re: PREA - Offender 17 | IDOC Subpoena 001174 - IDOC Subpoena 001175 | | |
| PX 68 | 2016-10-12 | IDOC Memorandum from T. Sexton to S. Klassen Re: PREA - Offender 17 | IDOC Subpoena 001174 - IDOC Subpoena 001175; | | |
| PX 69 | 2016-10-13 | IDOC - PREA After - Action Checklist | IDOC Subpoena 001540 | | |
| PX 70 | 2016-10-17 | IDOC - PREA After - Action Checklist | IDOC Subpoena 001191 | | |
| PX 71 | 2016-10-21 | IDOC - Incident Report | IDOC Subpoena 002684 | | |

| Ex. # | Date | Description | Bates or Other Identifier | Marked | Admitted |
|---|---|---|---|---|---|
| PX 72 | 2016-10-21 | IDOC - PREA After - Action Checklist | IDOC Subpoena 001418 | | |
| PX 73 | 2016-10-25 | Email from D. Willis to N. Ashley et al. Re: Offender 52 10-25-16 | IDOC Subpoena Sexton 032977 | | |
| PX 74 | 2016-11-01 | The Gender Informed Practice Assessment (GIPA) - Summary of Findings & Recommendations - Logan Correctioncal Center | | 9/18 | 9/18 |
| PX 75 | 2016-11-09 | IDOC - Adult and Juvenile Divisions - Incident Report | IDOC Subpoena 002870 | | |
| PX 76 | 2016-11-10 | IDOC - Adult and Juvenile Divisions - Incident Report | IDOC Subpoena Sexton 032940 | | |
| PX 77 | 2016-11-10 | IDOC Memorandum from T. Sexton to S. Klassen Re: PREA - Offender 75 | IDOC Subpoena 002867 - IDOC Subpoena 002868 | | |
| PX 78 | 2016-11-10 | IDOC - Incident Report | IDOC Subpoena 002945 - IDOC Subpoena 002946 | | |
| PX 79 | 2016-11-10 | IDOC Memorandum from T. Sexton to S. Klassen Re: PREA - Offender 75 | IDOC Subpoena 002867 - IDOC Subpoena 002872 | | |
| PX 80 | 2016-11-17 | I-Case Supplementary Report - Div Of Internal Investigation | ISP 02696 - ISP 02736 | | |
| PX 81 | 2016-11-22 | Illinois State Police - Investigative Summary | ISP 00005 - ISP 00006 | | |
| PX 82 | 2016-12-08 | IDOC Investigational Interview - Amanda Hicks | IDOC Subpoena 000013 - IDOC Subpoena 000015 | 9/19 | 9/19 |
| PX 83 | 2016-12-14 | Email from T. Sexton to L. McCarty Re: Offender 84 w/ attachment | IDOC Subpoena Sexton 032913 - IDOC Subpoena Sexton 032917 | | |
| PX 84 | 2016-12-16 | IDOC - Incident Report | Covered by Dep Stamp | | |
| PX 85 | 2016-12-31 | Illinois Department of Corrections - 2016 Annual PREA Report | | 9/18 | 9/18 |
| PX 86 | 2017-01-23 | Email from R. Setzer to M. Burke et al. Re: Offender 81 PREA | IDOC Subpoena Sexton 033194 | | |
| PX 87 | 2017-01-26 | Email from L. Johnson to D. Chaudoin et al. Re: Offender 129 | IDOC Subpoena Sexton 033173 - IDOC Subpoena Sexton 033175 | | |
| PX 88 | 2017-02-02 | IDOC Memorandum from L. Johnson to M. Burke Re: PREA Incident Review | IDOC Subpoena 001140 | | |
| PX 89 | 2017-02-09 | Email from R. MacLeod to S. Dawson et al. FW: Request Slips w/ attachment | IDOC Subpoena Macleod 027821 - IDOC Subpoena Macleod 027822 | | |
| PX 90 | 2017-02-16 | Email from S. Fitzer to M. Burke et al. Re: WFS Staff Meeting Notes 6-9-16 w/ attachment | IDOC Subpoena Macleod 027712 - IDOC Subpoena Macleod 027713 | | |
| PX 91 | 2017-02-16 | Email from S. Fitzer to M. Burke et al. Re: WFS Staff Meeting Notes 7-20-16 w/ attachment | IDOC Subpoena Macleod 027707 - IDOC Subpoena Macleod 027708 | | |
| PX 92 | 2017-02-16 | Email from S. Fitzer to M. Burke et al. Re: WFS Staff Meeting Notes 8-30-16 w/ attachment | IDOC Subpoena Macleod 027714 - IDOC Subpoena Macleod 027716 | | |
| PX 93 | 2017-02-16 | Email from S. Fitzer to M. Burke et al. Re: WFS Staff Meeting Notes 9-28-16 w/ attachment | IDOC Subpoena Macleod 027709 - IDOC Subpoena Macleod 027711 | | |
| PX 94 | 2017-02-23 | Email from S. Drobnack to T. Sexton Re: | IDOC Subpoena (Fourth) 035562 - IDOC Subpoena (Fourth) 035565 | 9/20 | 9/20 |
| PX 95 | 2017-02-23 | IDOC - Incident Report | IDOC Subpoena 008161 | | |
| PX 96 | 2017-02-23 | IDOC - Incident Report | IDOC Subpoena Macleod 025604 - IDOC Subpoena Macleod 025606 | | |
| PX 97 | 2017-03-06 | Email from M. Clark to M. Burke et al. Re: PREA-Offender 129 | IDOC Subpoena Sexton 032842 | | |
| PX 98 | 2017-03-08 | IDOC Memorandum from T. Sexton to L. Johnson Re: PREA Offender 26 | IDOC Subpoena 001770 - IDOC Subpoena 001771 | | |
| PX 99 | 2017-03-11 | Email from G. Willis to A. Dean et al. Re: FYI | IDOC Subpoena Sexton 046283 | | |
| PX 100 | 2017-03-12 | Logan Correctional Center - Post Description, Internal Affairs Investigator, Assigned Lieutenant | Doe 000072 - Doe 000074 | | |
| PX 101 | 2017-03-25 | Email from M. Mibbs to M. Burke et al. Re: PREA Townhall Meetings | IDOC Subpoena Sexton 039439 | | |
| PX 102 | 2017-03-30 | John Howard Association of Illinois - Logan Correction Center: Staff Survey Results from JHA's Monitoring Visit Conducted March 30, 2017 | | | |
| PX 103 | 2017-04-01 | Logan Correctional Center Offender Handbook & Orientation Manual | IDOC Subpoena (Fourth) 000022 - IDOC Subpoena (Fourth) 000101 | 9/21 | 9/21 |

| Ex. # | Date | Description | Bates or Other Identifier | Marked | Admitted |
|---|---|---|---|---|---|
| PX 104 | 2017-04-01 | IDOC - Administrative Directive No. 04.01.301 | IDOC Subpoena (Second) 001780 - IDOC Subpoena (Second) 001792 | 9/19 | 9/19 |
| PX 105 | 2017-04-04 | I-Case Supplementary Report - Div Of Internal Investigation | ISP 02739 - ISP 02895 | | |
| PX 106 | 2017-04-13 | Logan Correctional Center - Institutional Directive No. 04.01.301 | DOE 000044 - DOE 000058 | | |
| PX 107 | 2017-04-15 | Email from G. Willis to T. Sexton Re: LTS Spring/Summer Schedule 2017 Concerns | IDOC Subpoena Sexton 041389 - IDOC Subpoena Sexton 041390 | | |
| PX 108 | 2017-04-27 | U.S. Department of Justice - Survey of Sexual Victimization, 2016 | IDOC Subpoena Sexton 039059 - IDOC Subpoena Sexton 039063 | | |
| PX 109 | 2017-05-09 | State of Illinois - Department of Central Management Services - Individual Development and Performance System | IDOC Subpoena 000245 - IDOC Subpoena 000250 | | |
| PX 110 | 2017-05-17 | Email from S. Drobnack to T. Sexton Re: Hi | IDOC Subpoena (Fourth) 251312 - IDOC Subpoena (Fourth) 251313 | 9/19 | 9/19 |
| PX 111 | 2017-06-01 | Email from S. Kelly to N. Ashley Re: Alleged PREA | IDOC Subpoena Sexton 033263 | | |
| PX 112 | 2017-06-01 | IDOC - Transfer Coordinator's Office - Clincal Manual | IDOC Subpoena Macleod 007538 - IDOC Subpoena Macleod 007578 | | |
| PX 113 | 2017-06-02 | Email from L. Johnson to T. Sexton Re: PREA Staff-Inmate Substantiated Class | IDOC Subpoena Sexton 033257 - IDOC Subpoena Sexton 033258 | | |
| PX 114 | 2017-06-21 | Email from A. Wilson to T. Sexton et al. FW: Bureau of Justice Statistics Annual Survey of Sexual Victimization w/ attachment | IDOC Subpoena Sexton 039098 - IDOC Subpoena Sexton 039099 | | |
| PX 115 | 2017-07-06 | Email from S. Kelly to N. Ashley Re: Alleged PREA | IDOC Subpoena Sexton 033236 | | |
| PX 116 | 2017-07-06 | Email from N. Veech to M. Burke et al. Re: [External] PREA Violations w/ attachment | IDOC Subpoena Sexton 032761 - IDOC Subpoena Sexton 032766 | | |
| PX 117 | 2017-07-12 | I-Case Supplementary Report - Div Of Internal Investigation | ISP 02903 - ISP 03003 | | |
| PX 118 | 2017-07-18 | Email from A. Pasley to T. Sexton et al. Re: Bureau of Justice Statistics Annual Survey of Sexual Victimization | IDOC Subpoena Sexton 033231 - IDOC Subpoena Sexton 033232 | | |
| PX 119 | 2017-07-19 | IDOC - Investigative Report | ISP 03037 - ISP 03039; Various | | |
| PX 120 | 2017-07-28 | Email from R. MacLeod to M. Fletcher Re: your beautiful w/ attachment | IDOC Subpoena Macleod 025959 | 9/19 | 9/19 |
| PX 121 | 2017-08-01 | IDOC - Transfer Coordinator's Office - Clincal Manual | IDOC Subpoena Macleod 007855 - IDOC Subpoena Macleod 007894 | | |
| PX 122 | 2017-08-03 | IDOC - Investigative Report | ISP 03155 - ISP 03156; Various | | |
| PX 123 | 2017-08-04 | IDOC Investigational Interview - Andrea Nielsen | IDOC Subpoena 000002 - IDOC Subpoena 000003 | | |
| PX 124 | 2017-08-04 | IDOC - Incident Report | | | |
| PX 125 | 2017-08-04 | Email from A. Wilson to C. Polley et al. Re: Reportable Incident--Logan Correctional Center--Staff Sexual Misconduct | IDOC Subpoena Burke 010178 | | |
| PX 126 | 2017-08-04 | IDOC - Incident Report | IDOC Subpoena 000005 - IDOC Subpoena 000007 | | |
| PX 127 | 2017-08-04 | IDOC - Incident Report | IDOC Subpoena 000025 - IDOC Subpoena 000030 | 9/20 | 9/20 |
| PX 128 | 2017-08-06 | Email from M. Eddy to A. Wilson Re: Counselor RICHARD MACLEOD | IDOC Subpoena (Fourth) 000311 - IDOC Subpoena (Fourth) 000312 | | |
| PX 129 | 2017-08-07 | I-Case Supplementary Report - Div Of Internal Investigation | ISP 03249 - ISP 03290 | 9/19 | 9/19 |
| PX 130 | 2017-08-07 | Email from A. Wilson to C. Gurski et al. Re: Updated Reportable Incident--Logan Correctional Center--Staff Sexual Misconduct | IDOC Subpoena Burke 010177 | | |
| PX 131 | 2017-08-08 | IDOC Memorandum from T. Sexton to L. Johnson Re: PREA - Offender 3 | IDOC Subpoena 030382-031249 | | |
| PX 132 | 2017-08-09 | Email from L. Sims to M. Delia et al. FW: Counselor RICHARD MACLEOD w/ attachment | IDOC Subpoena Sexton 035055 - IDOC Subpoena Sexton 035067 | | |
| PX 133 | 2017-08-09 | Email from L. Sims to M. Delia et al. FW: Counselor RICHARD MACLEOD | IDOC Subpoena Sexton 035055 | | |
| PX 134 | 2017-08-10 | Email from T. Sexton to G. Willis Re: Bruised Arm | IDOC Subpoena Sexton 041297 - IDOC Subpoena Sexton 041298 | 9/19 | 9/19 |
| PX 135 | 2017-08-30 | Email from R. MacLeod to R. Way Re: [External] Re: the whole thing | IDOC Subpoena Macleod 030269 - IDOC Subpoena Macleod 030270 | 9/21 | 9/21 |
| PX 136 | 2017-09-11 | Email from D. Chaudoin to N. Ashley et al. Re: Incident Summary - Alleged PREA - Offender 89 w/ attachment | IDOC Subpoena Sexton 032687 - IDOC Subpoena Sexton 032690 | | |

| Ex. # | Date | Description | Bates or Other Identifier | Marked | Admitted |
|---|---|---|---|---|---|
| PX 137 | 2017-09-15 | Email from G. Austin to B. Buhl et al. Re: PREA Allegations | IDOC Subpoena Sexton 041251 - IDOC Subpoena Sexton 041252 | | |
| PX 138 | 2017-09-15 | Email from G. Austin to T. Sexton et al. FW: PREA Checklist - DOC 0507 | IDOC Subpoena 041252 | | |
| PX 139 | 2017-09-20 | Email from T. Sexton to A. Pasley FW: Alleged PREA - Offender 12 | IDOC Subpoena Sexton 033217 - IDOC Subpoena Sexton 033218 | | |
| PX 140 | 2017-09-20 | Email from A. Pasley to T. Sexton Re: Alleged PREA - Offender 12 | IDOC Subpoena Sexton 033217 | | |
| PX 141 | 2017-09-21 | Email from M. Burke to L. Johnson et al. Re: PREA | IDOC Subpoena Sexton 041244 | 9/18 | 9/18 |
| PX 142 | 2017-09-25 | IDOC - PREA After - Action Checklist | IDOC Subpoena 001869 | | |
| PX 143 | 2017-09-28 | Email from T. Sexton to N. Veech FW: Alleged PREA - Offender 54 w/ attachment | IDOC Subpoena Sexton 032659 - IDOC Subpoena Sexton 032662 | | |
| PX 144 | 2017-10-17 | Email from T. Sexton to W. Hopkins Re: Richard MacLeod | | | |
| PX 145 | 2017-10-18 | Email from M. Burke to W. Hopkins Re: Incidents | IDOC Subpoena (Fourth) 037427 | | |
| PX 146 | 2017-10-20 | IDOC - PREA After - Action Checklist | IDOC Subpoena 001703 | | |
| PX 147 | 2017-10-27 | IDOC Memorandum from S. Fitzer to Counselors Re: Offender/Child Wellness Checks | IDOC Subpoena Macleod 024679 - IDOC Subpoena Macleod 024680 | | |
| PX 148 | 2017-10-31 | IDOC - PREA After - Action Checklist | IDOC Subpoena 001828 | | |
| PX 149 | 2017-11-06 | IDOC Memorandum from W. Hopkins to M. Mibbs Re: PREA - Offender 51 | IDOC Subpoena 001816 | | |
| PX 150 | 2017-11-09 | IDOC - PREA After - Action Checklist | IDOC Subpoena 001766 | | |
| PX 151 | 2017-11-10 | IDOC Memorandum from M. Mibbs to M. Burke Re: PREA Incident Review | IDOC Subpoena 001699; Various | | |
| PX 152 | 2017-11-15 | Illinois State Police - Investigative Summary | ISP 00015 - ISP 00020 | | |
| PX 153 | 2017-11-30 | IDOC Memorandum from W. Hopkins to M. Mibbs Re: PREA - Offender 48 | IDOC Subpoena 001788 | | |
| PX 154 | 2017-12-08 | IDOC - PREA After - Action Checklist | IDOC Subpoena 001714 | | |
| PX 155 | 2017-12-18 | Email from F. Lipe to J. Moskus et al. Re: Nielsen R91945 Administrative Transfer | IDOC Subpoena Burke 010144 - IDOC Subpoena Burke 010145 | | |
| PX 156 | 2018-01-01 | IDOC - PREA After - Action Checklist | IDOC Subpoena 001907 | | |
| PX 157 | 2018-01-02 | IDOC - PREA After - Action Checklist | IDOC Subpoena 001935 | | |
| PX 158 | 2018-01-04 | IDOC Memorandum from W. Hopkins to M. Mibbs Re: PREA - Offender 20 | IDOC Subpoena 001726 - IDOC Subpoena 001739 | | |
| PX 159 | 2018-01-11 | IDOC Memorandum from W. Hopkins to M. Mibbs Re: PREA - Offender 43 | IDOC Subpoena 001926 | | |
| PX 160 | 2018-01-12 | IDOC - PREA After - Action Checklist | IDOC Subpoena 001924 | | |
| PX 161 | 2018-01-18 | IDOC Memorandum from W. Hopkins to M. Mibbs Re: PREA - Offender 69 | IDOC Subpoena 002105 - IDOC Subpoena 002106 | | |
| PX 162 | 2018-01-18 | IDOC - PREA After - Action Checklist | IDOC Subpoena 002086 | | |
| PX 163 | 2018-01-21 | IDOC Memorandum from W. Hopkins to M. Mibbs Re: PREA - Offender 20 | IDOC Subpoena 001909 - IDOC Subpoena 001910 | | |
| PX 164 | 2018-02-26 | IDOC Memorandum from W. Hopkins to M. Mibbs Re: PREA - Offender 68 | IDOC Subpoena 002089 - IDOC Subpoena 002090 | | |
| PX 165 | 2018-02-26 | IDOC - PREA After - Action Checklist | IDOC Subpoena 001948 | | |
| PX 166 | 2018-02-27 | IDOC - PREA After - Action Checklist | IDOC Subpoena 002070 | | |
| PX 167 | 2018-03-12 | Illinois State Police - Investigative Summary | ISP 00021 - ISP 00026 | | |
| PX 168 | 2018-03-13 | Email from S. Fitzer to M. Fletcher Re: your beautiful | IDOC Subpoena (Fourth) 579395 | | |
| PX 169 | 2018-03-13 | IDOC - PREA After - Action Checklist | IDOC Subpoena 002063 | | |
| PX 170 | 2018-04-04 | Illinois State Police - Investigative Summary | ISP 00013 | | |
| PX 171 | 2018-04-11 | IDOC Memorandum from W. Hopkins to M. Mibbs Re: PREA - Offender 56 | IDOC Subpoena 001937 - IDOC Subpoena 001938 | | |
| PX 172 | 2018-04-21 | IDOC - Incident Report | IDOC Subpoena (Third) 000028 - IDOC Subpoena (Third) 000029 | | |
| PX 173 | 2018-04-22 | IDOC - PREA After - Action Checklist | IDOC Subpoena 002045 | | |

| Ex. # | Date | Description | Bates or Other Identifier | Marked | |
|---|---|---|---|---|---|
| PX 174 | 2018-05-01 | IDOC - Investigative Report | ISP 03312 - ISP 03313; Various | | |
| PX 175 | 2018-05-03 | Illinois State Police - Investigative Summary | ISP 00007 - ISP 00012 | | |
| PX 176 | 2018-05-03 | IDOC - PREA After - Action Checklist | IDOC Subpoena 002084 | | |
| PX 177 | 2018-05-11 | Illinois State Police - Investigative Summary | ISP 00014 | | |
| PX 178 | 2018-05-11 | IDOC Memorandum from W. Hopkins to M. Mibbs Re: PREA - Offender 66 | IDOC Subpoena 002071 - IDOC Subpoena 002072 | | |
| PX 179 | 2018-05-24 | Email from J. Atterberry to S. Fitzer FW: Phones | IDOC Subpoena (Fourth) 041702 - IDOC Subpoena (Fourth) 041703 | | |
| PX 180 | 2018-05-25 | IDOC - PREA After - Action Checklist | IDOC Subpoena 002001 | | |
| PX 181 | 2018-06-20 | IDOC Memorandum from W. Hopkins to M. Mibbs Re: PREA - Offender 59 | IDOC Subpoena 001983 - IDOC Subpoena 001984 | | |
| PX 182 | 2018-06-27 | Illinois Department of Corrections - 2017 Annual PREA Report | | 9/21 | 9/21 |
| PX 183 | 2018-07-13 | Email from M. Eddy to R. MacLeod Re: Confused | IDOC Subpoena (Fourth) 000310 | | |
| PX 184 | 2018-09-27 | Illinois Department of Central Management Services - Personnel/Position Action Form | IDOC Subpoena 000072 - IDOC Subpoena 000073 | | |
| PX 185 | 2018-10-09 | I-Case Supplementary Report - Div Of Internal Investigation | ISP 03287 - ISP 03290 | 9/14 | 9/19 |
| PX 186 | 2018-10-09 | Email from G. Willis to J. Jennings et al. Re: Lerma Incident | IDOC Subpoena Sexton 036764 - IDOC Subpoena Sexton 036765 | | |
| PX 187 | 2018-10-16 | Illinois State Police - Investigative Summary | ISP 00027 | | |
| PX 188 | 2018-12-04 | Illinois Department of Central Management Services - Personnel/Position Action Form | IDOC Subpoena 000070 - IDOC Subpoena 000071 | | |
| PX 189 | 2019-01-16 | Prison Rape Elimination Act (PREA) Audit Report Adult Prisons & Jails | | | |
| PX 190 | 2019-02-06 | Email from G. Austin to A. Cooley et al. FW: Logan CC - PREA Audit [Final Report] w/ attachments | IDOC Subpoena Sexton 037192 - IDOC Subpoena Sexton 037193 | | |
| PX 191 | 2019-02-19 | Pathlore Learning Management System - Person Transcript Training - M. Burke | DOE 000059 - DOE 000061 | | |
| PX 192 | 2019-04-18 | Letter from L. Weitekamp to N. Wasdin Re: Freedom of Information Request #190412157 | IDOC FOIA Response 1 - IDOC FOIA Response 17 | | |
| PX 193 | 2019-04-18 | Pathlore Learning Management System - Personal Transcript Training - T. Sexton | Doe 000062 - Doe 000064 | 9/20 | 9/20 |
| PX 194 | 2019-04-26 | Defendant Burke's Responses & Objections to Plaintiff's First Set or Interrogatories Nos. 1-19 | | | |
| PX 195 | 2019-04-26 | Defendant Sexton's Responses & Objections to Plaintiff's First Set or Interrogatories Nos. 1-19 | | | |
| PX 196 | 2019-06-20 | IDOC - Report of Investigation | IDOC Subpoena (Fourth) 000133 - IDOC Subpoena (Fourth) 000135 | | |
| PX 197 | 2019-06-28 | Illinois Department of Corrections - 2018 Annual PREA Report | | 9/21 | 9/21 |
| PX 198 | 2019-06-30 | Illinois Department of Corrections Female Innate Population Data on June 30, 2019 | | | |
| PX 199 | 2019-09-23 | BJA FY 2019 Prison Rape Elimination Act (PREA) Reallocation Funds/Edward Byrne Memorial Justice Assistance Grant (JAG) Program | | | |
| PX 200 | 2019-11-04 | Defendant Burke's Supplemental Response to Plaintiff's First Set of Interrogatories No. 6 & 7 | | | |
| PX 201 | 2019-11-04 | Defendant Sexton's Supplemental Response to Plaintiff's First Set of Interrogatories No. 6 & 7 | | 9/19 | |
| PX 202 | 2019-11-13 | John Howard Association Facility Report - Logan 2019 | | | |
| PX 203 | 2020-02-26 | Women in Prison: Seeking Justice Behind Bars - Briefing Report Before the United States Commission of Civil Rights | | | |
| PX 204 | 2020-03-09 | Implementing the PREA Standards Protecting Inmates, and Safeguarding Communities by NIC | | | |
| PX 205 | 2020-04-01 | Prairie State Wire - Richard Macleod earns $97,500 at Illinois Department of Corrections in 2019 | | 9/18 | 9/18 |
| PX 206 | 2020-06-17 | Chronic Care Asthma/Pulmonary - Initial Visit - Andrea Nielsen | DOE000028 - DOE000131 | | |
| PX 207 | 2020-09-11 | Illinois Medicaid Comprehensive Assessment of Needs and Strenghts (IM + CANS) | DOE000001 - DOE000027 | | |
| PX 208 | 2020-10-06 | Client Engagement Data - Andrea Nielsen | DOE000132 - DOE000191 | | |

| Ex. # | Date | Description | Bates or Other Identifier | Marked | Admitted |
|---|---|---|---|---|---|
| PX 209 | 2020-12-02 | Kim, Hokyoung, *The Way Prisoners Flag Guard Abuse, Inadequate Health Care and Unsanitary Conditions Is Broken* -- ProPublica | | 9/22 | 9/22 |
| PX 210 | 2020-12-07 | Evaluations of Andrea Nielsen by Dr. Ann Burgess | | | |
| PX 211 | 2021-02-02 | Expert Report of Brenda Smith | | | |
| PX 212 | 2021-02-02 | Expert Report of Dr. Ann Burgess + Appendices | | | |
| PX 213 | 2022-01-01 | Illinois State Comptroller - State Employee Data | | 9/18 | 9/18 |
| PX 214 | 2022-02-03 | Illinois Comptroller's Office - Employee Salary Database | | | |
| PX 215 | 2022-08-02 | BJA FY 2022 Invited to Apply --- Prison Rape Elimination Act (PREA) Reallocation Funds Program | | | |
| PX 216 | 2023-08-03 | Regulations.gov - "What's Trending" website page | | | |
| PX 217 | | Facebook Messenger messages | IDOC Subpoena Sexton 035062 - IDOC Subpoena Sexton 035067 | | |
| PX 218 | | IDOC Training Academy - PREA Awareness Training for Investigators | IDOC Subpoena 000573 - IDOC Subpoena 000622 | | |
| PX 219 | | Prison Rape Elimination Act (PREA) | IDOC Subpoena 000782 - IDOC Subpoena 000792 | 9/18 | 9/18 |
| PX 220 | | IDOC Training Academy - PREA PSOT / PSST Training | IDOC Subpoena 000676 - IDOC Subpoena 000748 | | |
| PX 221 | | IDOC Training Academy - Facility PREA Compliance Manager Training | IDOC Subpoena 000793 - IDOC Subpoena 000863 | 9/18 | 9/18 |
| PX 222 | | IDOC Training Academy - Cycle Training | IDOC Subpoena 000749 - IDOC Subpoena 000781 | 9/20 | 9/20 |
| PX 223 | | PREA Databases Spreadsheet | IDOC Subpoena 031250 - IDOC Subpoena 031326 | | |
| PX 224 | | Macleod Call Pass Summary (Document Produced Natively) | IDOC Subpoena (Fourth) 000008 | | |
| PX 225 | | IDOC - PREA After - Action Checklist | IDOC Subpoena 001465 | | |
| PX 226 | | Case/Incident Excel Chart | ISP 03369 | 9/19 | 9/19 |
| PX 227 | | IDOC - Screening for Potential Sexual Victimization or Sexual Abuse Form | DOE 000166 - DOE 000168 | | |
| PX 228 | | National Prison Rape Elimination Commission description and Recently Published Documents - Federal Register | | | |
| PX 229 | | Project on Addressing Prison Rape - End Silence: The Project on Addressing Prison Rape - American University Washington College of Law | | | |
| PX 230 | | States' and Territories' Responses to the May 15, 2014 Prison Rape Elimination Act Deadline | | | |
| PX 231 | | Fiscal Year 2019 Annual Report by the State of Illinois Department of Corrections | | | |
| PX 232 | | Prison Rape Elimination Act of 2003 | | | |
| PX 233 | | National PREA Resource Center - Auditor Search | | | |
| PX 234 | | PREA Standards - 115.71 Criminal and Administrative Agency Investigations page | | | |
| PX 235 | | PREA Standards - 115.34 Specialized Training: Investigations page | | | |
| PX 236 | | PREA Standards - 115.64 Staff First Responder Duties page | | | |
| PX 237 | | Jane Doe Family Photos | | 9/22 | 9/22 |
| PX 238 | 2023-07-21 | Evaluations of Andrea Nielsen by Dr. Ann Burgess | | | |
| PX 239 | 2023-08-18 | Supp. Expert Report of Dr. Ann Burgess | | | |
| PX 240 | | Logan Pictures | IDOC Subpoena (Third) 000001 - IDOC Subpoena (Third) 000027 | 9/20 | 9/20 |
| PX 241 | | IDOC Webpage - Agency Overview | | | |
| PX 242 | 2015-02-09 | IDOC - Division of Women and Family Services - Logan Correctional Center Report | IDOC Subpoena (Fourth) 321964 - IDOC Subpoena (Fourth) 321972 | | |
| PX 243 | 2016-06-30 | IDOC Fiscal Year 2016 Annual Report | | | |
| PX 244 | 2016-02-17 | Illinois State Budget Fiscal Year 2017 | | | |
| PX 245 | 2022-06-30 | IDOC Fiscal Year 2022 Annual Report | | | |
| PX 246 | 2021-02-17 | Illinois State Budget Fiscal Year 2022 | | | |
| PX 247 | 2015-06-01 | IDOC - Division of Women and Family Services - Logan Correctional Center Report | IDOC Subpoena (Fourth) 413518 - IDOC Subpoena (Fourth) 413526 | | |

Handwritten annotations (right margin):
w/ 237-1
237-2
— 4 photos
9/22
1 photo
5 total photos

| Ex. # | Date | Description | Bates or Other Identifier | Marked | Admitted |
|---|---|---|---|---|---|
| PX 248 | | Logan Correctional Center FY 2015 Report | IDOC Subpoena (Fourth) 120827 - IDOC Subpoena (Fourth) 120837 | | |
| PX 249 | 2020-12-14 | Deposition Transcript of Margaret Burke | | | |
| PX 250 | 2020-12-30 | Deposition Transcript of Todd Sexton | | | |
| PX 251 | 2021-09-13 | IDOC Defendants Reply in Support of Their Motion for Summary Judgment | ECF # 182 | | |
| PX 252 | | Keyway Center for Diversion & Reentry - Maggie Burke Page | | 9/21 | 9/21 |
| PX 253 | | Illinois State Comptroller - State Employee Data - Sexton, Todd | | | |
| PX 254 | 2023-09-13 | Prairie State Wire - Todd Sexton Earns $93,100 at Illinois Department of Corrections in 2019 | | | |
| PX 255 | | Prison Rape Elimination Act (PREA) For Investigators | IDOC Subpoena (Fourth) 010168 - IDOC Subpoena (Fourth) 010274 | 9/20 | 9/20 |
| PX 256 | 2016-12-22 | Email from T. Sexton to J. Peek RE: transfer | IDOC Subpoena (Fourth) 248539 - IDOC Subpoena (Fourth) 248540 | | |
| PX 257 | 2017-01-27 | Email from T. Sexton to D. Stock RE: PREA Investigations Role | IDOC Subpoena (Fourth) 249658 | 9/20 | 9/20 |
| PX 258 | 2017-02-14 | Email from T. Sexton to J. Norsen RE: | | | |
| PX 259 | 2017-02-17 | Email from T. Sexton to J. Norsen RE: | | 9/20 | 9/20 |
| PX 260 | 2017-03-16 | Email from T. Sexton to J. Norsen RE: | | | |
| PX 261 | 2017-01-01 | Office of Executive Inspector General for the Agencies of the Illinois Governor - Notice of Mandatory 2017 Ethics Training | IDOC Subpoena (Fourth) 034467 - IDOC Subpoena (Fourth) 034468 | | |
| PX 262 | 2016-07-21 | Email from R. Way to R. MacLeod re Hank | IDOC Subpoena (Fourth) 570370 - IDOC Subpoena (Fourth) 570372 | | |
| PX 263 | 2017-08-02 | Email from R. Way to R. MacLeod re Re: [External] | IDOC Subpoena (Fourth) 574487 - IDOC Subpoena (Fourth) 574490 | 9/20 | 9/20 |
| PX 264 | 2015-12-24 | Email from R. MacLeod to R. MacLeod re the last note | IDOC Subpoena (Fourth) 574509 - IDOC Subpoena (Fourth) 574510 | | |
| PX 265 | 2016-05-26 | Email from R. MacLeod to A. Cooley re Re: well! | IDOC Subpoena (Fourth) 573933 - IDOC Subpoena (Fourth) 573935 | 9/20 | 9/20 |
| PX 266 | 2916-06-02 | Email from R. MacLeod to A. Cooley re Re: well! | IDOC Subpoena (Fourth) 574055 - IDOC Subpoena (Fourth) 574056 | 9/20 | 9/20 |
| PX 267 | 2017-03-31 | Email from R. MacLeod to A. Richards re RE: hi | IDOC Subpoena (Fourth) 578895 - IDDOC Subpoena (Fourth) 578897 | 9/20 | 9/20 |
| PX 268 | 2017-03-31 | Email from R. MacLeod to R. Way re RE: [External] Hi | IDOC Subpoena (Fourth) 578901 | 9/20 | 9/20 |
| PX 269 | | Chain of Command Chart | IDOC Subpoena (Fourth) 035923 - IDOC Subpoena (Fourth) 035928 | | |
| PX 270 | | Unofficial transcript of Todd Sexton's testimony on 9/20 from Huseby Global Litigation | | 9/21 | |
| PX 272 | | Jane Doe's master file | | 9/22 | |