**Defendant's Exhibit List** (made from d/e 202-4

| Defendant's Exhibit No. | Document | Marked | Admitted |
| --- | --- | --- | --- |
| 1 | Illinois Department of Corrections ("IDOC") Administrative Directive 04.01.301 (eff. Apr. 1, 2017) IDOC Subpoena (Second) 001780-001792 | | |
| 2 | Logan Correctional Center ("Logan") Institutional Directive 04.01.301 (eff. Jan. 11, 2016) Defendant Bates 000027-000043 | | |
| 3 | Logan Institutional Directive 04.01.301 (eff. Apr. 13, 2017) Defendant Bates 000044-000058 | | |
| 4 | Logan Offender Handbook and Orientation Manual (2014) IDOC Subpoena (Fourth) 000232-000305 | | |
| 5 | IDOC PREA Sexual Abuse & Harassment Prevention & Intervention Program Manual (eff. Feb. 16, 2016) Defendant Bates 000172-000225 | | |
| 6 | 08/04/17 Incident Report – Johnson IDOC Subpoena 000006 | | |
| 7 | 08/04/17 Incident Report – Kessler IDOC Subpoena 00007 | | |
| 8 | 08/04/17 Investigational Interview – Plaintiff IDOC Subpoena 000002-000003 | | |
| 9 | Cumulative Counseling Summary – Plaintiff Defendant Bates 000016-000023 | | |
| 10 | Plaintiff's Visitor Log Defendant Bates 000016-000023 | | |
| 11 | Logan Correctional Center Photographs IDOC Subpoena (Third) 000001-000027 | | |
| 12 | Plaintiff's Deposition Transcript | | |
| 13 | Plaintiff's Responses and Objections to Defendant Burke's First Set of Interrogatories to Plaintiff | | |
| 14 | Plaintiff's Responses and Objections to Defendant Sexton's First Set of Interrogatories to Plaintiff | | |
| 15 | Plaintiff's Complaint (Doc. 1) | | |
| 16 | Plaintiff's Amended Complaint (Doc. 37) | | |
| 17 | ISP report | 9/22 | |
| 18 | Hick's Report | 9/22 | |