Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**FILED**
SEP 2 5 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **JANE DOE,** | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: 18-cv-3191 |
| **RICHARD MACLEOD, et al.,** | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Jane Doe against Defendants Richard MacLeod, Margaret Burke, and Todd Sexton, jointly and severally, and that Plaintiff is awarded $8,000,000.00 in compensatory damages.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Jane Doe, awarding punitive damages in the amount of $10,000,000.00 against Defendant Richard MacLeod, $500,000.00 against Defendant Margaret Burke, and $800,000.00 against Defendant Todd Sexton.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants Mike Atchison, Angela Locke, Kess Roberson, Christine Brannon, Patrick Keane, Felipe Zavala, Michael Funk, Alan Pasley, Clara Charron, Shari Klassen, Jennifer Meaker, Marcia Mibbs, Heidi Browne, Lisa Johnson, Debra Pollock, Melinda Eddy, Grant Willis, Charles Gibbons, Bobbie LeDuc, and Brent Blanco.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Jane Doe's action against Defendants Keena Peek and Jennifer McClellan is dismissed with prejudice.

**Dated: September 25, 2023**

Approved:    s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court